# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN J. BUCKSHAW, | |
| Petitioner, | Civil Action No. 18-78 |
| v. | Judge Cathy Bissoon |
| | Magistrate Judge Lisa Pupo Lenihan |
| PITTSBURGH LAW DEPARTMENT, *et al.*, | |
| Respondents. | |

## ORDER DISMISSING CASE

On February 12, 2018, the Court entered an Order finding Petitioner's initial filing in this case to be unintelligible; and directing Petitioner to resubmit his filing, on a standard habeas-form provided by the Court, by no later than March 6, 2018. *See* text-Order affiliated with Doc. 5. The Order expressly advised that, should Petitioner not timely comply, his case would be dismissed for failure to prosecute.

March 6th has come and gone, and no revised-submission has been made. Consistent with the February 12th Order, and pursuant to Poulis v. State Farm Fire & Cas. Co., 747 F.2d 863 (3d Cir. 1984), the case now is subject to dismissal. Specifically, dismissal is warranted under the Poulis factors regarding Petitioner's personal responsibility; his failure to demonstrate excusable neglect; the lack of effective, alternative sanctions; and the lack of meritoriousness of the underlying claims. *Id.* at 868.

For all of these reasons, the above-captioned case is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

March 14, 2018                                          s\Cathy Bissoon
                                                        Cathy Bissoon
                                                        United States District Judge

cc (via First-Class U.S. Mail):

John J. Buckshaw
J. J. Buckshaw & Associates
P.O. Box 18704
Washington, DC  20036